```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA      x
                              x
                              x
         - v -                x
                              x      24 Cr. 139 (ER)
                              x
D'Carlo DeLuca                x
a/k/a Robert Clark,           x      [PROPOSED] ORDER
                              x
                              x
            Defendant.        x
------------------------------X
```

WHEREAS on July 21, 2025, defendant D'CARLO DELUCA a/k/a Robert Clark was arrested on a warrant in connection with a petition from the Probation Department alleging certain violations of supervised release; and

WHEREAS on July 21, 2025, Magistrate Judge Katharine H. Parker ordered D'CARLO DELUCA to be detained during the pendency of this matter; and

WHEREAS on September 8, 2025, D'CARLO DELUCA admitted to one of the specifications alleged in the Probation Department's petition; and

WHEREAS on September 8, 2025, the Court accepted D'CARLO DELUCA's admission, found that he violated the conditions of his supervised release, and revoked the remaining term of his supervised release; and

WHEREAS on September 8, 2025, the Court imposed a sentence of three months of supervised release, with the special condition that D'CARLO DELUCA participate in inpatient mental health and substance abuse treatment at Hope Center for at least three months, to commence on September 10, 2025; and

WHEREAS on September 8, 2025, the Court ordered that D'CARLO DELUCA report immediately to Hope Center upon his release from custody;

IT IS HEREBY ORDERED that the defendant, D'CARLO DELUCA a/k/a Robert Clark, Federal Register Number 53358-054, currently incarcerated at MDC Brooklyn, be produced on the morning of

September 10, 2025 to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007; and

    IT IS FURTHER ORDERED that, in connection with his release from custody, the Bureau of Prisons and Metropolitan Detention Center Brooklyn provide the defendant, D'CARLO DELUCA a/k/a Robert Clark, Federal Register Number 53358-054, with a discharge supply of his prescription medications; and

    IT IS FURTHER ORDERED that the defendant, D'CARLO DELUCA a/k/a Robert Clark, Federal Register Number 53358-054, be released from custody from the U.S. Marshals Service holding cells on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 on September 10, 2025, along with his prescription medications; and

    IT IS FURTHER ORDERED that the defendant, D'CARLO DELUCA a/k/a Robert Clark, Federal Register Number 53358-054, report to the Probation Department immediately upon his release from custody for transportation to Hope Center and enrollment in inpatient mental health and substance abuse treatment for a period of at least three months.

                                        SO ORDERED:

                                        _____
                                        HONORABLE EDGARDO RAMOS
                                        United States District Judge

Dated:    September <u>8</u>, 2025
            New York, New York